UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CURTIS JAMES JACKSON,
    Petitioner,

v.                                       Case No.: 5:18cv106/MCR/GRJ

STATE OF FLORIDA,
    Respondent.
_____/

## O R D E R

This cause is before the Court on the Magistrate Judge's Report and Recommendation dated May 7, 2018 (ECF No. 3). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation and the Petition, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The Petition for Writ of Mandamus is **DISMISSED**.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of June 2018.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**